**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KARL P. SCHEUFLER,<br><br>Plaintiff,<br><br>v.<br><br>DAVID J. MITCHELL *et al.*,<br><br>Defendants. | Civil Action No. 23-21030 (GC) (TJB)<br><br>**ORDER & JUDGMENT** |

**THIS MATTER** comes before the Court upon Plaintiff Karl P. Scheufler's Motion for Default Judgment against Defendants David J. Mitchell, Vincent Blythe, and Intelenet Communications, Inc. (Intelenet) pursuant to Federal Rule of Civil Procedure (Rule) 55(b). (ECF No. 50.) Mitchell opposed the Motion, (ECF No. 55), but Blythe and Intelenet have neither appeared before the Court nor opposed the Motion. The Clerk entered default as to Intelenet on October 21, 2025, and as to Mitchell and Blythe on April 13, 2026. The Court has carefully reviewed Plaintiff's submissions and decides the matter without oral argument pursuant to Rule 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the Court's accompanying Memorandum Opinion, and for other good cause shown,

**IT IS** on this 30th day of October, 2026 **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. Plaintiff's Motion for Default Judgment (ECF No. 50) is **DENIED.**
2. The Clerk's Office is directed to **TERMINATE** the Motion pending at ECF No. 50.
3. The SAC is **DISMISSED** with prejudice.

4. The Clerk's Office is directed to **CLOSE** this case.

GEORGETTE CASTNER
UNITED STATES DISTRICT JUDGE